WARNER-QUINLAN COMPANY, Appellant, *v.* ELIZABETH W. SMITH, Respondent.

(Argued November 20, 1930: decided December 4, 1930.)

*H. E. Simpson* for appellant.
*Riley H. Heath* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, LEHMAN, KELLOGG, O'BRIEN and HUBBS, JJ.